# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JENNIFER HILL FREDERICK AND
RENE P. FREDERICK

NO. 2022 CW 0745

VERSUS

DAVID J. SKANSI

**OCTOBER 11, 2022**

---

In Re:    David J. Skansi, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          202113578.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT DENIED.**

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT